# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

S & G DEVELOPMENT, LLC

V.                                                    NO. 2:10CV00096 SWW

ARKANSAS DEVELOPMENT FINANCE AUTHORITY, ET AL


### ORDER

Pursuant to the answer filed by the defendants' counsel [doc. #4] in this matter, it is noted that separate defendant, Arkansas Economic Development Commission, has been incorrectly identified as Arkansas Economic Development Corporation.

IT IS THEREFORE ORDERED that defendant previously listed as Arkansas Economic Development Corporation should be corrected to reflect **Arkansas Economic Development Commission**.

IT IS SO ORDERED that the Clerk is directed to change the name of the file and subsequent documents to reflect the corrections stated in this order.

DATED this 25th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE