IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


S & G DEVELOPMENT LLC and          *
DERWIN SIMS,                       *
                                   *
             Plaintiff,            *
                                   *
vs.                                *        No. 2:10CV00096 SWW
                                   *
ARKANSAS DEVELOPMENT FINANCE       *
AUTHORITY; DEPARTMENT OF           *
HOUSING AND URBAN DEVELOPMENT;     *
and ARKANSAS ECONOMIC              *
DEVELOPMENT COMMISSION;            *
                                   *
             Defendants.           *

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on May 6, 2011,

and the Memorandum Opinion and Order entered in this matter on this date, the Court hereby

dismisses plaintiffs' complaint with prejudice.  The relief sought is denied.

DATED this 30th  day of January, 2012.



                              /s/Susan Webber Wright

                              UNITED STATES DISTRICT JUDGE